**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RAYMOND A. BRANNIGAN, JR.,

                       Plaintiff,                  **ORDER**

        -against-                  **24-CV-8771 (JW)**

MARTIN O'MALLEY

                       Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The administrative record was filed on November 24, 2025. Dkt. No. 14. Plaintiff's brief was due by December 24, 2025. The Court has not received Plaintiff's opening brief. This Court will give Plaintiff one final chance to file the brief by **February 20, 2026**. Defendant's opposition is due by **March 20, 2026**. Plaintiff's reply is due by **April 3, 2026.**

      SO ORDERED.

DATED:    New York, New York
             February 3, 2026

                                  _____
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge