**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

BRANNIGAN,

Plaintiff,

24 **CIVIL** 8771 (JW)

-v-

# <u>JUDGMENT</u>

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 9, 2026, Plaintiff's motion is GRANTED, the Commissioner's decision is reversed, and this action is REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

September 10, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**